THE STATE EX REL. KMART CORPORATION, APPELLEE AND CROSS-APPELLANT, *v.* INDUSTRIAL COMMISSION OF OHIO ET AL.; BEACHMAN, APPELLANT AND CROSS-APPELLEE.

[Cite as *State ex rel. Kmart Corp. v. Indus. Comm.* (2000), 90 Ohio St.3d 206.]

(No. 00–642—Submitted September 12, 2000—Decided October 25, 2000.)

*Pickrel, Schaeffer & Ebeling, David C. Korte* and *Michelle D. Bach,* for appellee and cross-appellant.

*Larrimer & Larrimer* and *David H. Swanson, Jr.,* for appellant and cross-appellee.

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS, RESNICK and F.E. SWEENEY, JJ., dissent.

**Douglas, J., dissenting.** I respectfully dissent. I would reverse the judgment of the court of appeals and reinstate the order of the Industrial Commission, which granted compensation for permanent total disability.

Resnick and F.E. Sweeney, JJ., concur in the foregoing dissenting opinion.